| Date | Pleading Number | |
|---|---|---|
| 2/28/74 | | ORDER to SHOW CAUSE why actions A-1, through A-10 and A-12 should not be transferred for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 |
| 2/28/74 | 1 | ANTHONY P. CATANZARO response to OSC. (distributed to counsel with OSC) Notified counsel of record and involved judges. |
| 3/13/74 | | RCA Corporation request for extension of time to file response to Show Cause order |
| 3/13/74 | | ORDER extending to ALL parties April 5, 1974 to file and serve response to show cause order - Notified counsel |
| 3/13/74 | | Edward T. Molinaro, et al. v. Lafayette Radio Electronics, et al. E.D. Penna., Civil Action No. 73-606 - Order striking action from show cause order because action is dismissed. Notified counsel |
| 3/13/74 | 2 | LAFAYETTE RADIO AND ELECTRONICS response to order to show cause w/cert. of service |
| 3/15/74 | | HART ELECTRONICS OF SCRANTON AND SEARS AND ROEBUCK request for extension of time |
| 3/15/74 | 3 | WATKINS JOHNSON CEI DIV. AND WATKINS JOHNSON CO. response to Show Cause Order w/cert. of service |
| 4/1/74 | | HEARING ORDER setting litigation for hearing on April 26, 1974 Washington, D. C. |
| 4/4/74 | 4 | MOTOROLA INC. response to Show Cause Order w/cert. of service |
| 4/5/74 | 5 | RCA response to Show Cause Order w/cert. of service |
| 4/5/74 | 6 | HART ELECTRONICS CORP. response to Show Cause Order w/cert of service |
| 4/5/74 | 7 | SEARS ROEBUCK & CO. response to Show Cause Order w/cert. of service |
| 4/5/74 | 8 | INTERNATIONAL TELEPHONE AND TELEGRAPH CORP. response to Show Cause Order w/cert. of service |
| 4/5/74 | 9 | GENERAL ELECTRICT CORP. response to Show Cause Order w/cert of service |
| 4/11/74 | 10 | SONAR RADIO CORP. response to Show Cause Order |
| 7/26/74 | | CONSENT OF CHIEF JUDGE EDELSTEIN for JUDGE METZNER to handle litigation in the SOUTHERN DISTRICT OF NEW YORK pursuant to 28 U.S.C. §1407 |
| 7/26/74 | | OPINION AND ORDER transferring A-1, 3, 4, 5, 7, 8, 9, 10, and 12 to the S.D. of New York for assignment to Judge Charles M. Metzner pursuant to 28 U.S.C. §1407. |
| 8/5/74 | 11 | INTERNATIONAL TELEPHONE AND TELEGRAPH CORPORATION request for reconsideration of consolidation pursuant to 1407 order. |
| 8/23/74 | 12 | CATANZARO response to ITT motion |
| 9/23/74 | | CATANZARO V. MIDLAND COMMUNICATIONS CO., W.D. MO., 74 CV523-W-1 CTO entered today. Notified counsel, involved judges. |
| 10/8/74 | | CATANZARO V. MIDLAND COMMUNICATIONS CO., W.D.MO., 74 CV523-W-1 CTO final today. Notified clerks, involved judges |
| 10/21/74 | 13 | ANTHONY P. CATANZARO PETITION to have the Honorable Charles M. Metzner removed in MDL-170 w/ memo in support |
| 11/13/74 | | ORDER - Denying Catanzaro motion to remove Judge Metzner Notified involved clerk, judge, chief judge service counsel |
| 12/19/74 | 14 | MOTION-- ANTHONY CATANZARO -- renewed to have Judge Metzner removed in MDL-170 as transferee judge and BRIEF |
| 1/16/75 | 15 | LETTER -- Anthony Catanzaro bringing Panel up-to-date on recent developments concerning |
| 1/23/75 | | CTO FILED (B-2) -- Catanzaro v. Fannon/Courier Corp., NJ., #74-1492 Notifed counsel and involved judges. |
| 2/10/75 | | CATANZARO V. FANNON/COURIER, D.N.J., 74-1492 CTO final today. Notidied counsel transferee clerk, judge involved clerk and judge |
| 2/14/75 | | ORDER -- Denying plaintiffs motion and brief for change of transferee judge and/or district. Notified transferee clerk, judge chief judge, counsel |

| Date | Pleading Number | |
|---|---|---|
| 4/7/75 | 16 | MOTION -- Plaintiff Catanzaro motion for clarification of Panel's Opinion and Order of July 26, 1974 |
| 4/11/75 | | ORDER -- re Catanzaro motion for clarification -- Notified transfere clerk, involved counsel, involved judges |
| 5/19/75 | | CATANZARO V. H. H. SCOTT ELECTRONICS, D. MASS, 74-4404-C |
| | | MOLINARO, ET AL. V. RCA., D. DLEAWARE, 75-103 |
| | | MOLINARO V. ATT, E.D.PA., 75-847 |
| | | MOLINARO V. E. F. JOHNSON CO, D. MINN, 2-75-122 |
| | | CTOs filed today. Notified counsel, involved judges |
| 5/29/75 | | APPEARANCE -- RCA CORP. John Farley, Fish & Neave 277 Park Ave. N.Y. |
| 6/3/75 | | NOTICES OF OPPOSITION -- HART ELECTRONICS CORP. -- four CTOs filed 5/19/75 (D.Del, 75-103)(E.D.Pa., 75-847) (D. Minn., 2-75-122) (D. Mass, 74-4404-C) |
| | | RCA CORP., Del, 75-103 |
| | | MOTOROLA, INC., D. Del, 75-103 |
| | | MIDLAND INTERNATIONAL CORP., 75-103 |
| | | AT&T( E.D. Pa., 75-847) |
| | | H. H. SCOTT Electronics 74-4404 |
| | | (Service indicated on all) |
| 6/3/75 | | APPEARANCE -- David Wolf, Esq., H.H. Scott Electronics |
| 6/5/75 | | APPERANCE -- Robert P. Cummins for Motorola Inc. |
| | 17 | CATANZARO V. H.H. SCOTT ELECTRONICS., D. MASS., 74-4404C |
| 6/13/75 | | MOTION & BRIEF -- H.H. SCOTT ELECTRONICS -- To vacate CTO w/cert. of service |
| 6/16/75 | | MOLINARO V. RCA., D. DEL, 75-103 MOTION AND BRIEF TO VACATE CTO-- RCA CORP. w/cert. of service |
| 6/16/75 | 18 | MOLINARO V. ATT, E.D.P., 75-847 MOTION & BRIEF TO VACATE CTO -- ITT w/cert. of service |
| 6/16/75 | 19 | MOLINARO V. RCA, D. Del., 75-103 MOTION & BRIEF TO VACATE CTO -- MOTOROLA w/cert. of service |
| | 20 | See notation above (6/16/75) |
| 6/18/75 | 21 | MOLINARO V. RCA., D. Del., 75-103 Motion & Brief of Vacate CTO -- Midland International Corp. with supporting exhibits. |
| 6/18/75 | 22 | MOLINARO V. E. F. JOHNSON CO., D. Minn., No. Civ. 2-75-122 Motion & brief to Vacate CTO -- E. F. Johnson Co. -- w/pettion for leave to file motion and brief and Notice of Opposition w/Schedule A and certificate of service. |
| 6/17/75 | 24 | MOTION -- HART ELECTRONICS CORP. to vacate 72-250 w/cert. of service |
| 6/20/75 | | APPERANCE -- Jon F. Tutle, Esq. for E. F. JOHNSON CO. |
| 6/23/75 | 25 | PLAINTIFF RESPONSE -- to MOTIONS TO VACATE CTOs w/cert. of service |
| 7/3/75 | 26 | RESPONSE -- E. F. JOHNSON --w/cert. of service |
| 7/3/75 | | Molinaro, et al. v. RCA, et al., D. Dela, C.A. No. 75-103 |
| | | Molinaro, et al. v. ATT, E.D. Pa., 75-847 |
| | | Molinaro, et al. v. E. F. Johnson, D. Minn, Civ 2-75-122 |
| | | Catanzaro v. H. H. Scott Electronics, D. Mass, 74-4404-C |
| | | HEARING ORDER -- -- re opposition of defendants, July 25, 1975 Minneapolis, Minn. |
| 7/7/75 | 27 | RESPONSE -- MASCO CORP., J. C. PENNEY CO., HART ELECTRONICS w/cert. of service |
| 7/7/75 | 28 | MOTION -- Plaintiffs Catanzaro and Molinaro -- for reassignment of actions to another district |
| 7/9/75 | 29 | RESPONSE --MEMORANDUM re 4 actions w/cert. of service -- Radio Shacks |
| 7/10/75 | | AMENDMENT TO HEARING ORDER to add plaintiff motion to retransfer. Set for July 25, 1975, Minneapolis, Minnesota |

| Date | Pleading Number | |
|---|---|---|
| 7/17/75 | 30 | RESPONSE -- MOTOROLA AND AT&T w/cert. of service |
| 7/18/75 | 31 | RESPONSE -- RCA CORP. w/cert. of service |
| 7/21/75 | 32 | RESPONSE -- E. F. JOHNSON w/cert. of service |
| 7/21/75 | 33 | REPLY -- Plaintiffs CATANZARO & MOLINARO w/cert. of service Waiver of Oral Argument |
| 7/21/75 | | LETTER -- EYNON DRUG STORE AND FANON COURIER CORP. |
| 7/22/75 | | WAIVERS OF ORAL ARGUMENT -- Plaintiffs Catanzaro and Molinaro, RCA Corporation, Midland International Corp., Hart Electronic Corp., Motorola Corp., ATT. |
| 7/22/75 | | LETTER -- EYNON DRUG STORE AND FANON COURIER CORP. |
| 7/25/75 | | CORRECTION RESPONSE -- MASCO CORP. J.C. PENNEY CO. for Response No. 27 |
| 8/4/75 | 34 | RESPONSE IN LIEU OF ORAL ARGUMENT -- Masco Corp., J. C. Penney, and Hart Electronic |
| 10/23/75 | | OPINION AND ORDER -- DENYING TRANSFER of Molinaro, et al. v. RCA, D. Del., C.A. No. 75-103; Molinaro, et al. v. ATT, E.D. Pa., C.A. No. 75-847; Molinaro, et al. v. E.F. Johnson D. Minn., C.A. Co. Civ 2-75-122; Catanzaro v. H.H. Scott Electronics, D. MASS, C.A. No. 74-4404-C AND REMANDING the remaining actions (A-1, A-3, A-4, A-5, A-8, A-9, A-10, A-12, B-2) to the transferor courts for further proceedings. |
| 11/7/75 | 35 | PETITION AND AFFIDAVIT FOR RE-HEARING -- MOLINARO AND CATANZARO |
| 11/17/75 | 36 | RESPONSE -- RADIO SHACK to Plaintiffs motion for rehearing |
| 11/24/75 | 37 | REPLY BRIEF -- PLAINTIFF CATANZARO -- REQUEST FOR ORAL ARGUMENT w/cert. of service |
| 12/15/75 | | J. METZNER'S ORDER recommending remand of litigation to transferor courts under §1407 |
| 12/15/75 | 38 | RESPONSE -- To Plaintiffs Petition for Re-Hearing -- RADIO SHACK w/cert. of service |
| 12/17/75 | | ORDER -- DENYING PLAINTIFFS PETITION FOR A REHEARING -- Notified transferee clerk, transferee judge, counsel, transferor clerks and judges |

Opinion and order of July 26, 1974 380 F. Supp. 794

DOCKET NO. 170 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Opinion and Order, Oct. 23, 1975 402 F. Supp. 1404 (1975)

## Description of Litigation

### IN RE MOLINARO/CATANZARO PATENT LITIGATION

#### Summary of Panel Action

Date(s) of Hearing(s) 7/26/74

Date(s) of Opinion(s) or Order(s) 7/26/74

Consolidation Ordered  xxx   Name of Transferee Judge  Charles M. Metzner

Consolidation Denied  ____   Transferee District  Southern District of New York   (Misc. No. M-21-13)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Edward T. Molinaro, Et al. v. J. C. Penney Co., Inc. | M.D.Pa. Sheridan | Civ 72-611 | 7/26/74 | 74 Civ.3290-CMM | Rem 10/23/75 | |
| A-2 | Edward T. Molinaro, et al. v. Sears, Roebuck & Co. | M.D.Pa. Sheridan | Civ 72-612 | NT | | 7/3/74 | |
| A-3 ✓ | Edward T. Molinaro, et al. v. Radio Shack (Div. of Tandy Corp.) | M.D.Pa. Sheridan | Civ 72-416 | 7/26/74 | 74 Civ.3291-CMM | Rem 10/23/75 | |
| A-4 ✓ | Edward T. Molinaro, et al. v. Lafayette Radio Electronics, et al. | M.D.Pa. Sheridan | Civ 72-250 | 7/26/74 | 74 Civ.3292-CMM | Rem 10/23/75 | |
| A-5 | Edward T. Molinaro, et al. v. Eynon Drug Store | M.D.Pa. Sheridan | Civ 72-179 | 7/26/74 | 74 Civ.3293-CMM | Rem 10/23/75 | |
| A-6 | Edward T. Molinaro, et al. v. Lafayette Radio Electronics, et al. | E.D.Pa. Weiner | 73-606 | Appeal Co. 3/ | | 3/7/74 by J. Weiner | |
| A-7 | Edward T. Molinaro, et al. v. General Electric Co. | S.D.N.Y. Metzner | 72 Civ. 2786 | NT | ----- | 4/17/75 | |
| A-8 ✓ | Edward T. Molinaro, et al. v. Sonar Radio Corp. | E.D.N.Y. Bartels | 72C 882 | 7/26/74 | 74 Civ.3294-CMM | Rem 10/23/75 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-9 ✓ | Edward T. Molinaro, et al. v. Watkins-Johnson CEI Div. | Md. Northrop | 72-589N | 7/26/74 | 3295 Cmn | 10/23/75 | |
| A-10 ✓ | Edward T. Molinaro, et al. v. Watkins-Johnson Co. | Md. Northrop | 73-688N | 7/26/74 | 3296-Cmn | 10/23/75 | |
| A-11 | Anthony P. Catanzaro, et al. v. Regency Electric, Inc., et al. | S.D.Ind. Dillon | 73-627 | not included SCO | | 12/26/73 | Closed (forma pauperis denied) |
| A-12 | Anthony P. Catanzaro, et al. v. ITT, et al. | Delaware Wright | 4780 | 7/26/74 | 74Civ.3297-Cmn | 10/23/75 | |
| B-1 | Anthony P. Catanzaro v. Midland Communications Company 9/23/74 | W.D. Mo | 74CV523-W-1 | 10/8/74 | 74 Civ 4514 | 1/10/75 | |
| B-2 ✓ | Anthony P. Catanzaro v. Fannon/Courier Corp. 1/23/75 | D.N.Jer J. Fisher | 74-1492 | 3/10/75 | 75CV923 | 10/23/75 | |
| XYZ-1 | Anthony P. Catanzaro v. American Telephone & Telegraph Co., et al. | S.D.N.Y. Pierce | 74 Civ. 3666 | | | | J. Metzner disqualified himself and assg. action to J. Pierse |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-3 | Edward T. Molinaro, et al. v. Radio Corp. of America, et al. 5/19/75 | D. Dela. Wright | 75-2103 *denied* | | | | |
| B-4 ✓ | Edward T. Molinaro, et al. v. American TElephone and Telegraph Co. 5/19/75 | E.D. Pa, Becker | 75-847 *denied* | | | | |
| B-5 ✓ | Edward T. Molinaro, et al. v. E.F. Johnson Co. 5/19/75 | D. Minn Devitt | Civ 2-75-122 *denied* | | | | |
| B-6 | Anthony P. Catanzaro v. H. H. Scott Electronics 5/19/75 | D. Mass Caffrey | 74-4404-C *denied* | | | | |

p. 1

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 170 -- IN RE MOLINARO/CATANZARO PATENT LITIGATION

| Plaintiff | Defendant |
|---|---|
| EDWARD T. MOLINARO, ET AL. (A-1 thru A-10)<br>Mr. Edward T. Molinaro, Pro se<br>100 Seventh Avenue<br>Carbondale, Pennsylvania 19407<br><br>ANTHONY P. CATANZARO, ET AL. (A-11 & A-12)<br>Mr. Anthony P. Catanzaro, Pro se<br>31 Summit Avenue<br>Carbondale, Pennsylvania 18407 | J. C. PENNEY CO., INC.<br>HART ELECTRONICS CORP. OF SCRANTON<br>MASCO CORP.<br>George A. Gust, Esquire<br>Robert G. Irish, Esquire<br>Gust, Irish, Lundy & Welch<br>1006 Anthony Waune Bank Bldg.<br>Ft. Wayne, Indiana 46802<br><br>LAFAYETTE RADIO ELECTRONICS<br>SEARS, ROEBUCK & CO.<br>John C. McNett, Esquire<br>C. David Emhardt, Esquire<br>Woodard, Weikart, Emhardt & Naughton<br>111 Monument Circle<br>Indianapolis, Indiana 46204<br><br>RADIO SHACK (Div. of TANDY CORP.)<br>Louis Orenbuch, Esquire<br>Wolf, Greenfield & Sacks<br>185 Devonshire Street<br>Boston, Massachusetts 02110<br><br>EYNON DRUG STORE<br>Michael J. Sweedler, Esquire<br>Darby & Darby, P.C.<br>405 Lexington Avenue<br>New York, New York 10017<br><br>GENERAL ELECTRIC CO.<br>Joseph B. Forman, Esquire<br>General Electric Co.<br>2001 Jefferson Davis Highway<br>Arlington, Virginia 22202<br><br>SONAR RADIO CORP.<br>Robert C. Faber, Esquire<br>Ostrolenk, Faber, Garb & Soffen<br>10 East 40th Street<br>New York, New York 10016 |

| Plaintiff | Defendant |
|---|---|
| | WATKINS-JOHNSON CEI DIV.<br>WATKINS-JOHNSON CO.<br>Thomas O. Herbert, Esquire<br>Flehr, Hohbach, Test, Albritton & Herbert<br>160 Sansome St. - 15th Floor<br>San Francisco, California 94104<br><br>MOTOROLA, INC.<br>    Robert P. Cummins, Esquire<br>    Hume, Clement, Brinks, William, Olds<br>      & Cook<br>    Suite 4100, One IBM Plaza<br>    Chicago, Illinois 60611<br><br>RCA CORP.<br>John Farley, Esquire<br>Fish & Neave<br>277 Park Avenue<br>New York, New York 10017<br><br>INTER'L TELEPHONE & TELEGRAPH<br>Paul M. Craig, Jr., Esquire<br>Craig & Antonelli<br>907 Watergate Office Building<br>2600 Virginia Avenue, N.W.<br>Washington, D.C. 20037<br><br>MIDLAND INTERNATIONAL CORP.<br>    James Jacobs, Esquire<br>    Darby & Darby<br>    405 Lexington Ave.<br>    New York, New York 10017<br>FANNON/COURIER CORP.<br> Venino & Venino<br> 410 Thirty-Eight Street<br> Union City, N.J. 07087 |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

| No. | ~~Plaintiff~~ | Defendant |
|---|---|---|
| | | RADIO CORPORATION OF AMERICA<br>  Richards, Layton & Finger<br>  4072 duPont Building<br>  Wilmington, Delaware  19899<br><br>MOTOROLA INC.<br>  Robert P. Cunnins, Esq.<br><br>  William O. Lamotte, Esquire<br>  Morris, Nicholes, Arsht, Tunell<br>  P.O. Box 1347<br>  Wilmington, Delaware<br><br>MIDLAND INTERNATIONAL CORP.<br>  James Jacobs, Esquire<br><br>  James C. Kellum, Esquire<br>  Connolly, Bove, Lodge<br>  Farmers Bank Building<br>  Wilmington, Delaware<br><br>AMERICAN TELEPHONE & TELEGRAPH<br>  Michael O. S. Floyd, Esquire<br>  Drinker, Biddle & Reath<br>  1100 PNB Building<br>  Philadelphia, Pa.  19107<br><br>H. H. SCOTT, INC.<br>  David Wolf, Esquire<br>  Wolf, Greenfield & Sacks<br>  185 Devonshire Street<br>  Boston, Massachusetts  02110<br><br>E. F. JOHNSON CO.<br>  ~~Waseca, Minnesota~~<br>  Jon F. Tuttle, Esq.<br>  Dorsey, Marquart, Windhorst,<br>    West & Halladay<br>  2300 First Natl. Bank Bldg.<br>  Minneapolis, Minn.  55402 |

p. 1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 170 -- In re Molinaro/Catanzaro Patent Lit.

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| J. C. Penney Co., Inc. | A-1 |
| Sears, Roebuck & Co. | A-2 |
| Radio Shack (Div. of Tandy) Corp. | A-3 |
| Lafayette Radio Electronics Associated Stores of Hart Electronics Corp. of Scranton | A-4 |
| Cynox Drug Store | A-5 |
| General Electric Co. | A-7 |
| Sonar Radio Corp. | A-8 |
| Watkins-Johnson CEI Div. | A-9 |
| Watkins Johnson Co. | A-10 |

p. _____

| | |
|---|---|
| Regency Electronics, Inc. | A-11 — closed — |
| Electra Co., Div. of Masco Corp | A-11 — closed — |
| Int'l Telephone + Telegraph | A-12 — Dismissed — |
| Motorola, Inc. | A-12 |
| RCA Corp | A-12 B-3 |
| Masco Corp. | A-12 |
| Lafayette Radio Electronics and/or Lafayette Radio Electronics Corp. of King of Prussia | A-6 closed |
| Lafayette Radio Electronics Corp. | A-6 — closed — |
| American Telephone & Telegraph | B-4 |
| E F Johnson Co. | B-5 |

JP Form 3

p. 3

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 170 -- IN RE MOLINARO/CATANZARO PATENT LITIGATION

dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| H. H. SCOTT ELECTRONICS | B-6 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 170 -- IN RE MOLINARO CATANZARO PATENT LITIGATION   (GROUP II)

| Date | Ref. | Pleading Description |
|---|---|---|
| 10/30/78 | 1 | MOTION, SCHEDULE OF ACTIONS, -- DEFENDANTS SEARS ROEBUCK & CO. and HART ELECTRONICS CORP. OF SCRANTON  SUGGESTED TRANSFEREE DISTRICT -- DISTRICT OF DELAWARE   (rew) |
| 11/9/78 | | HEARING ORDER -- Setting A-1 through A-3 for hearing on December 8, 1978, New York, New York   (rew) |
| 11/13/78 | | REQUEST FOR EXTENSION -- Hart Electronics of Scranton -- GRANTED TO AND INCLUDING 11/21/78   (rew) |
| 11/13/78 | 2 | RESPONSE -- Defendant Sonar Radio Corp. w/cert. of svc.(ea) |
| 11/17/78 | | APPEARANCES -- GEORGE A. GUST, ESQ. for Masco Corp., J. C. Penney Co ROBERT C. FABER, ESQ. for Sonar Radio Corp. |
| 11/20/78 | 3 | BRIEF -- Hart Electronics of Scranton w/cert. of svc.(ea) |
| 11/28/78 | | APPEARANCE: JOHN C. McNETT, ESQ. FOR Sears, Roebuck & Co. and Hart Electronics Corp. of Scranton, Inc. |
| 11/30/78 | | APPEARANCE -- Anthony P. Catanzaro as party plaintiff.(ea) |
| 12/4/78 | | HEARING APPEARANCE: JOHN C. MCNETT, ESQ. FOR Sears and Hart (cds) |
| 12/6/78 | 4 | RESPONSE -- Catanzaro -- w/cert. of svc. (emh) |
| 1/10/79 | | OPINION AND ORDER Denying Transfer of A-1 through A-3 -- Notified Involved Counsel, Judges and Clerks   (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 170 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE MOLINARO/CATANZARO PATENT LITIGATION (Group II)

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 12/8/78 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 1/10/79 | PC | 464 F.Supp. 966 | DENIED | | |

### Special Transferee Information

Litigation Reopened 10/30/78  
Files Recalled on 10/18/78

DATE CLOSED: 1/10/79

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 170 -- IN RE MOLINARO/CATANZARO PATENT LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Edward T. Molinaro, et al. v. Sears Roebuck & Co. | S.D.N.Y. Pollack | 76 Civ 2582 | | | | |
| A-2 | Edward T. Molinaro, et al. v. Hart Electronics Corp. of Scranton | M.D.Pa. Stapleton -*Delaware* | 72-250 | | | | |
| A-3 | Edward T. Molinaro, et al. v. Sonar Radio Corp., et al. | E.D.N.Y. Bartels | 72C882 | | | | |

JPML Form 2

## COUNSEL OF RECORD
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 170 -- IN RE MOLINARO/CATANZARO PATENT LITIGATION (GROUP II)

| | |
|---|---|
| EDWARD T. MOLINARO, ET AL. (A-1)(A-2)<br>Mr. Edward T. Molinaro, Pro<br>100 Seventh Avenue<br>Carbondale, Pennsylvania  18407<br><br>SONAR RADIO CORP.<br>Robert. C. Faber, Esquire<br>Ostrolenk, Faber, Gerb<br>  & Soffen<br>260 Madison Avenue<br>New York, New York   10016<br><br>MASCO CORP.<br>J. C. PENNEY CO.<br>George A. Gust, Esquire<br>Gust, Irish, Jeffers & Rickert<br>1006 Anthony Wayne Bank Building<br>Fort Wayne, Indiana   46802<br><br>SEARS ROEBUCK & CO.<br>HART ELECTRONICS CORP. OF SCRANTON<br>John C. McNett, Esquire<br>Woodward, Weikart, Emhardt & Naughton<br>One Indiana Square<br>Suite 2670<br>Indianapolis, Indiana | PARTY PLAINTIFF<br>Anthony P. Catanzaro<br>286 U. Powderly Street<br>Carbondale, Penn.   18407 |

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 170 -- IN RE MOLINARO/CATANZARO PATENT LITIGATION (GROUP II)

| Name of Party | Named as Party in Following Actions |
|---|---|
| Sears, Roebuck & Co. | A-1 |
| Lafayette Radio Elec. (Assoc. Stores of Hart) | A-2 |
| Hart Electronics Corp. of Scranton | A-2 |
| Sonar Radio Corp. | A-3 |